**Order entered January 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01487-CR

## DEMARCUS DEVONTE JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00812-U

### ORDER

Before the Court are the State's December 31, 2020 motion to extend time for filing its brief and motion to exceed the standard word limit. We **GRANT** the motions and **ORDER** the State's brief received with the motions filed as of the date of this order.

/s/    LANA MYERS
           JUSTICE